AO 106A  (08/18)  Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Six electronic devices currently in the custody of the<br>Drug Enforcement Administration | )<br>)<br>)<br>)<br>)<br>) |

Case No. 6:25cr234

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment A to the Affidavit submitted in support of this Application.

located in the _____ District of _____ South Carolina _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B to the Affidavit submitted in support of this Application.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC 841, 21 USC 846 | Possession with intent to distribute a controlled substance, Conspiracy to possess with intent to distribute a controlled substance. |

The application is based on these facts:

**See attached affidavit**

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

s/Kimbrell C. Dodder, Jr.
_____
*Applicant's signature*

Kimbrell C. Dodder, Jr.
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____ Telephone _____ *(specify reliable electronic means).*

Date: _____ 06/09/2022 _____

City and state: _____ Greenville, South Carolina _____

_____
*Judge's signature*

Jacquelyn D. Austin, United States Magistrate Judge
_____
*Printed name and title*